UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY C. BRADLEY, SR.,

    Petitioner,

v.

    CASE NO. 16-CV-11176
    CRIMINAL No. 13-CR-20622
    HONORABLE GEORGE CARAM STEEH

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER OF DISMISSAL

Petitioner Roy C. Bradley, Sr., through counsel, filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255 which the Clerk properly docketed in the criminal case assigned to Judge Ludington.  Because petitioner inadvertently paid the filing fee, the Clerk also docketed the motion as a new civil matter which was assigned to this court.  No filing fee is necessary for a § 2255 motion and the matter should not have been docketed as a new case.  Accordingly, the Clerk is directed to refund the filing fee to petitioner.  In addition, this civil case is DISMISSED.

**IT IS SO ORDERED**.

Dated:  April 5, 2016

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 5, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk